IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN A. MORALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF NEW YORK MELLON,<br><br>　　　　　Defendants. | Case No.: 13-cv-4092 JSC<br><br>**ORDER RE: SERVICE OF THE COMPLAINT** |

　　　Plaintiff Evelyn Morales appeared pro se for the Case Management Conference on December 19, 2013. Plaintiff was granted an extension of time, until January 31, 2014, to serve the Defendants in this action. If Plaintiff fails to serve Defendants by this date, the Court may dismiss her claims.

　　　The Court directs Plaintiff's attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-8982, for assistance.

　　　A further Case Management Conference is scheduled for March 6, 2014, at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. The parties' joint case management conference statement is due by February 27, 2014.

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE