UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN A. MORALES,<br><br>        Plaintiff,<br>   v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>        Defendants. | Case No.  13-cv-04092-JSC<br><br>**ORDER OF DISMISSAL** |

    Plaintiff Evelyn A. Morales, proceeding pro se, brings this action seeking to prevent foreclosure of her home.  On July 30, 2014, the Court dismissed her complaint with leave to amend.  (Dkt. No. 26.)  The Court warned Plaintiff that failure to file an amended complaint within 20 days could result in the dismissal of her complaint with prejudice.  Plaintiff's amended complaint was due August 20, 2014.

    To date, Plaintiff has not filed an amended complaint nor sought an extension of time to do so.  Accordingly, Plaintiff's complaint is DISMISSED WITH PREJUDICE.  The Clerk of the Court is directed to close the file in this case.

**IT IS SO ORDERED.**

Dated: September 2, 2014

                                            *Jacqueline S. Corley*
                                      JACQUELINE SCOTT CORLEY
                                      United States Magistrate Judge